of certiorari to the Supreme Court of the State of California denied. *Mr. Maxwell McNutt* for petitioner. *Mr. C. M. Fickert* for respondent.

---

No. 723. WILLIAM WRIGLEY, JR., COMPANY *v.* L. P. LARSON, JR., COMPANY. November 25, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert H. Parkinson, Mr. Isaac H. Mayer* and *Mr. Wallace R. Lane* for petitioner. *Mr. Charles H. Aldrich* and *Mr. Frank F. Reed* for respondent.

---

No. 545. CHESAPEAKE & OHIO RAILWAY COMPANY *v.* UNITED STATES. December 9, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Galvin* for petitioner. *Mr. Assistant Attorney General Frierson* for the United States.

---

No. 546. CHESAPEAKE & OHIO RAILWAY COMPANY *v.* UNITED STATES. December 9, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Galvin* for petitioner. *Mr. Assistant Attorney General Frierson* for the United States.

---

No. 707. HELEN WELCH *v.* JOHN A. DANIELS, GUARDIAN, ETC., ET AL. December 9, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Eugene S. Quinton, Mr. A. B. Quinton* and *Mr. George D. Rodgers* for petitioner. No appearance for respondents.